B. Leona McQuinn, Appellant, v. St. Lawrence County Laboratory et al., Respondents. — Staley, Jr., J.

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Staley, Jr., J.